

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ALEJANDRO HERNANDEZ, | § | No. 08-21-00158-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 34th Judicial District Court |
| VICTOR VAZQUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV0755) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs of appeal, for which let execution issue.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2022.


SANDEE MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, J., and Marion, C.J. (Ret.) sitting by assignment